BRUCE A. KILDAY, S.B. #66415
  Email: bkilday@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALKER JOHNSON,<br><br>              Plaintiff,<br><br>        vs.<br><br>CHARANVIR SINGH, et al.,<br><br>              Defendants. | Case No.: 2:17-cv-02451-KJM-AC<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: May 18, 2018                    LAW OFFICE OF MICHAEL J. TREZZA

                                       */s/ Michael J. Trezza [authorized on 5/18/18]*
                                       By:_____
                                          MICHAEL J. TREZZA
                                          Attorneys for Plaintiff


Dated: May 18, 2018                    ANGELO, KILDAY & KILDUFF

                                          */s/ Bruce A. Kilday*
                                       By:_____
                                          BRUCE A. KILDAY
                                          Attorneys for Defendants.

IT IS SO ORDERED.

DATED: May 22, 2018.
                                       _____
                                       UNITED STATES DISTRICT JUDGE